DOWNTOWN LA. LAW GROUP, LLP
Liliuokalani Martin, Bar No. 292778
lili@downtownlalaw.com
601 N. Vermont Ave
Los Angeles, CA 90004
Tel:      (213) 389-3765
Fax:     (887) 389-2775

Attorney for Plaintiff
DANIEL STORM

MORGAN, LEWIS & BOCKIUS LLP
Andrew P. Frederick, State Bar No. 284832
andrew.frederick@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel: 1.650.843.4000
Fax: 1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Maureen N. Beckley, State Bar No. 316754
maureen.beckley@morganlewis.com
One Market Street, Spear Street Tower
San Francisco, CA 94105
Tel: 1.415.442.1000
Fax: 1.415.442.1001

Attorneys for Defendants
ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, YOSEMITE HOSPITALITY, LLC and ARAMARK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STORM, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, a Limited Partnership; YOSEMITE HOSPITALITY, LLC, a limited liability company; ARAMARK, an unknown corporation and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 1:23-CV-00315-ADA-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>**(Doc. 6.)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE

1  Plaintiff Daniel Storm ("Plaintiff") and Aramark Management Services Limited
2  Partnership, Yosemite Hospitality, LLC, and Aramark ("Defendants") (Plaintiff and Defendants
3  collectively, the "Parties") hereby enter into this stipulation to request that the Court continue the
4  Scheduling Conference by approximately 90 days based upon the following good cause:

5  WHEREAS, on March 2, 2023, Defendants removed this action to this Court on the basis
6  of federal question and diversity jurisdiction [ECF No. 1];

7  WHEREAS, on March 2, 2023, the Court set the Scheduling Conference for July 11, 2023
8  at 9:45 a.m. before Magistrate Judge Sheila K. Oberto, with a Joint Scheduling Report due by
9  July 4, 2023 [ECF No. 5];

10 WHEREAS, on June 14, 2023, the Parties met and conferred regarding the case, including
11 Defendants' anticipated motion for judgment on the pleadings.  In that conversation, the Parties
12 began the process of discussing potential early resolution of Plaintiff's claims;

13 WHEREAS, the Parties would like to conserve judicial resources as well as their own
14 time and resources to allow the Parties meaningful opportunity to explore potential informal early
15 resolution of this matter; and

16 WHEREAS, the Parties' respective counsel have met and conferred and agreed that the
17 Joint Scheduling Report deadline and Scheduling Conference should be continued by
18 approximately 90 days to allow the Parties a meaningful opportunity to explore potential informal
19 early resolution of this matter.

20 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the
21 Parties' respective counsel that:

22 1. The deadline for filing the Joint Scheduling Report should be extended by
23    approximately 90 days to October 3, 2023; and
24 2. The July 11, 2023, Scheduling Conference should be continued by approximately 90
25    days to October 10, 2023 at 9:45 a.m., or a later date that is convenient for the Court.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -   STIPULATION TO CONTINUE
SCHEDULING CONFERENCE

**IT IS SO STIPULATED.**

Dated:  June 27, 2023                                              DOWNTOWN L.A. LAW GROUP, LLP

By   */s/ Liliuokalani Martin*
   Liliuokalani Martin

   Attorney for Plaintiff
   DANIEL STORM

Dated:  June 27, 2023                                              MORGAN, LEWIS & BOCKIUS LLP

By:   */s/ Maureen N. Beckley*
   Andrew P. Frederick
   Maureen N. Beckley

   Attorneys for Defendants
   ARAMARK MANAGEMENT
   SERVICES LIMITED PARTNERSHIP,
   YOSEMITE HOSPITALITY, LLC and
   ARAMARK

### **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 27, 2023                                              MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Maureen N. Beckley*
   Andrew P. Frederick
   Maureen N. Beckley

   Attorneys for Defendant
   ARAMARK MANAGEMENT
   SERVICES LIMITED PARTNERSHIP,
   YOSEMITE HOSPITALITY, LLC and
   ARAMARK

**ORDER**

Based on the Parties' foregoing Stipulation (Doc. 6) and good cause having been shown, the Court hereby continues the Initial Scheduling Conference to **November 2, 2023, at 9:30 a.m**. The parties shall file their joint scheduling report seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated: **June 28, 2023**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 4 -                    STIPULATION TO CONTINUE
                         SCHEDULING CONFERENCE