UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STORM,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, et al.,<br><br>　　　　　　　　Defendants. | No. 1:23-cv-00315-NODJ-SKO<br><br>ORDER DIRECTING CLERK TO ASSIGN A DISTRICT JUDGE TO THIS MATTER AND CLOSE THE CASE<br><br>(Doc. 13) |

On February 23, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 13.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to assign a district judge to this matter and thereafter close this case.

IT IS SO ORDERED.

Dated: **February 26, 2024**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE